**Form 309**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Lori A. Rupinsky** | : | Case No. 16−24121−GLT |
| **aka Lori A. DeFalco** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | |
| | : | Related to Docket No. 35 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

      *AND NOW,* this *The 19th of December, 2017,* after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

      (1)   The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

      (2)   Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

      (3)   The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

      (4)   The Clerk shall give notice to all creditors of this dismissal.

*Gregory L. Taddonio, Judge*
*United States Bankruptcy Court*

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                 Case No. 16-24121-GLT
Lori A. Rupinsky                                                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: dbas              Page 1 of 2           Date Rcvd: Dec 19, 2017
                            Form ID: 309            Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 21, 2017.
```
db          +Lori A. Rupinsky,   103 Merritt Avenue,   Pittsburgh, PA 15227-1913
cr          +City and School District of Pittsburgh,   Goehring, Rutter, and Boehm,
             437 Grant Street, 14th Floor,   Frick Building,   Pittsburgh, PA 15219,
             UNITED STATES 15219-6101
cr          +DITECH FINANCIAL LLC,   14841 Dallas Parkway, Suite 300,   Dallas, TX 75254-7883
cr          +Pittsburgh Water & Sewer Authority,   Goehring, Rutter, and Boehm,
             437 Grant Street, 14th Floor,   Frick Building,   Pittsburgh, PA 15219,
             UNITED STATES 15219-6101
14317292    +American Education Services,   PO Box 61017,   Harrisburg, PA 17106-1017
14358961    +City and School District of Pittsburgh,   Goehring, Rutter & Boehm,
             c/o Jeffrey R. Hunt, Esquire,   437 Grant Street, 14th Floor,   Frick Building,
             Pittsburgh, PA 15219-6101
14324584    +Crist Law Center, LLC,   Mt. Lebanon Office,   792 Ella Street, Suite 100,
             Pittsburgh, PA 15243-1906
14324585    +Disney Movie Club,   c/o North Shore Agency,   270 Spagnoli Road, Suite 110,
             Melville, NY 11747-3515
14317297    +Green Tree Servicing and Ditech,   c/o Law Office of Gregory Javardian,   1310 Industrial Blvd.,
             First Floor, Suite 101,   Southampton, PA 18966-4030
14317300    +Lane Bryant and Comenity Bank,   PO Box 182789,   Columbus, OH 43218-2789
14340544    +PHEAA,   PO BOX 8147,   HARRISBURG PA 17105-8147
14358974    +Pittsburgh Water and Sewer Authority,   Goehring, Rutter & Boehm,
             c/o Jeffrey R. Hunt, Esquire,   437 Grant Street, 14th Floor,   Frick Building,
             Pittsburgh, PA 15219-6101
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14317290    +E-mail/Text: bankruptcy@rentacenter.com Dec 20 2017 01:26:20     Acceptance Now,
             5501 Headquarters Drive,   Plano, TX 75024-5837
14364750     EDI: AIS.COM Dec 20 2017 01:23:00     American InfoSource LP as agent for,   Verizon,
             PO Box 248838,   Oklahoma City, OK  73124-8838
14317293    +EDI: IIC9.COM Dec 20 2017 01:23:00     Banfield Pet Hospital,   c/o IC Systems,   PO Box 64378,
             Saint Paul, MN 55164-0378
14356183     EDI: BL-BECKET.COM Dec 20 2017 01:23:00     Capital One, N.A.,   c/o Becket and Lee LLP,
             PO Box 3001,   Malvern PA 19355-0701
14317294    +EDI: WFNNB.COM Dec 20 2017 01:23:00     Cathrins,   c/o Comenity Bank,   PO Box 182789,
             Columbus, OH 43218-2789
14377930     E-mail/Text: bankruptcy.bnc@ditech.com Dec 20 2017 01:25:52
             Ditech Financial LLC fka Green Tree Servicing LLC,   P.O. Box 6154,
             Rapid City, South Dakota 57709-6154
14718612     EDI: ECMC.COM Dec 20 2017 01:23:00     ECMC,   PO BOX 16408,   ST. PAUL, MN 55116-0408
14317295    +EDI: BLUESTEM Dec 20 2017 01:23:00     Finger Hut,   c/o Webb Bank,   6250 Ridgewood Road,
             Saint Cloud, MN 56303-0820
14317296    +EDI: AMINFOFP.COM Dec 20 2017 01:23:00     First Premier Bank,   3820 North Louise Avenue,
             Sioux Falls, SD 57107-0145
14317298    +EDI: RMSC.COM Dec 20 2017 01:23:00     JC Penney Company,   c/o Synchrony Bank,   PO Box 965007,
             Orlando, FL 32896-5007
14317299    +EDI: CBSKOHLS.COM Dec 20 2017 01:23:00     Kohl's,   PO Box 3115,   Milwaukee, WI 53201-3115
14363942    +EDI: MID8.COM Dec 20 2017 01:23:00     MIDLAND FUNDING LLC,   PO Box 2011,
             Warren, MI 48090-2011
14317301    +EDI: MID8.COM Dec 20 2017 01:23:00     Midland Funding,   2365 Northside Drive,   #300,
             San Diego, CA 92108-2709
14370451     EDI: PRA.COM Dec 20 2017 01:23:00     Portfolio Recovery Associates, LLC,   POB 12914,
             Norfolk VA 23541
14325475    +EDI: PRA.COM Dec 20 2017 01:23:00     PRA Receivables Management, LLC,   PO Box 41021,
             Norfolk, VA 23541-1021
14329090     E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 20 2017 01:25:56
             Pennsylvania Department of Revenue,   Bankruptcy division, P O Box 280946,
             Harrisburg P A 17128-0946
14333230     EDI: Q3G.COM Dec 20 2017 01:23:00     Quantum3 Group LLC as agent for,
             JH Portfolio Debt Equities LLC,   PO Box 788,   Kirkland, WA  98083-0788
14317303    +EDI: CMIGROUP.COM Dec 20 2017 01:23:00     South Hills Radiology,
             c/o Credit Management Company,   4200 International Parkway,   Carrollton, TX 75007-1912
14317304    +EDI: WFNNB.COM Dec 20 2017 01:23:00     Torrid,   c/o Colmenity Bank,   PO Box 182789,
             Columbus, OH 43218-2789
14391137     EDI: ECMC.COM Dec 20 2017 01:23:00     U S Department of Education,   P O Box 16448,
             St. Paul, MN 55116-0448
14317305    +EDI: VERIZONEAST.COM Dec 20 2017 01:23:00     Verizon,   500 Technology Drive,   Suite 300,
             Weldon Springs, MO 63304-2225
14317306    +EDI: VERIZONWIRE.COM Dec 20 2017 01:23:00     Verizon Wireless,   PO Box 26055,
             Minneapolis, MN 55426-0055
14317307     EDI: RMSC.COM Dec 20 2017 01:23:00     Wal Mart,   c/o Synchrony Bank,   PO Box 965024,
             El Paso, TX 79998
                                                                                              TOTAL: 23
```

```
District/off: 0315-2           User: dbas                  Page 2 of 2                  Date Rcvd: Dec 19, 2017
                               Form ID: 309                Total Noticed: 35


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Ditech Financial LLC
cr              Ditech Financial LLC fka Green Tree Servicing LLC
cr              Ditech Financial LLC fka Green Tree Servicing LLC
cr              Ditech Financial LLC fka Green Tree Servicing LLC
cr*             ECMC,    P.O. Box 16408,    St. Paul, MN 55116-0408
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14317291*      +Acceptance Now,    5501 Headquarters Drive,    Plano, TX 75024-5837
14324579*      +Acceptance Now,    5501 Headquarters Drive,    Plano, TX 75024-5837
14324580*      +Acceptance Now,    5501 Headquarters Drive,    Plano, TX 75024-5837
14324581*      +American Education Services,    PO Box 61017,    Harrisburg, PA 17106-1017
14324582*      +Banfield Pet Hospital,    c/o IC Systems,    PO Box 64378,    Saint Paul, MN 55164-0378
14324583*      +Cathrins,    c/o Comenity Bank,    PO Box 182789,    Columbus, OH 43218-2789
14324586*      +Finger Hut,    c/o Webb Bank,    6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
14324587*      +First Premier Bank,    3820 North Louise Avenue,    Sioux Falls, SD 57107-0145
14324588*      +Green Tree Servicing and Ditech,    c/o Law Office of Gregory Javardian,    1310 Industrial Blvd.,
                 First Floor, Suite 101,    Southampton, PA 18966-4030
14324589*      +JC Penney Company,    c/o Synchrony Bank,    PO Box 965007,    Orlando, FL 32896-5007
14324590*      +Kohl's,    PO Box 3115,    Milwaukee, WI 53201-3115
14324591*      +Lane Bryant and Comenity Bank,    PO Box 182789,    Columbus, OH 43218-2789
14324592*      +Midland Funding,    2365 Northside Drive,    #300,    San Diego, CA 92108-2709
14324593*      +Portfolio Recovery,    287 Independence Street,    Virginia Beach, VA 23462-2962
14324594*      +South Hills Radiology,    c/o Credit Management Company,    4200 International Parkway,
                 Carrollton, TX 75007-1912
14324595*      +Torrid,    c/o Colmenity Bank,    PO Box 182789,    Columbus, OH 43218-2789
14324596*      +Verizon,    500 Technology Drive,    Suite 300,    Weldon Springs, MO 63304-2225
14324597*      +Verizon Wireless,    PO Box 26055,    Minneapolis, MN 55426-0055
14324598*       Wal Mart,    c/o Synchrony Bank,    PO Box 965024,    El Paso, TX 79998
14317302       ##+Portfolio Recovery,    287 Independence Street,    Virginia Beach, VA 23462-2962
                                                                                               TOTALS: 4, * 21, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2017                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 19, 2017 at the address(es) listed below:
```
              Ann E. Swartz    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
               ecfmail@mwc-law.com
              James Warmbrodt     on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    City and School District of Pittsburgh jhunt@grblaw.com,
               cnoroski@grblaw.com
              Kenneth Steidl    on behalf of Debtor Lori A. Rupinsky julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;jfriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
               nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-st
               einberg.com
              Mary F. Kennedy     on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
               mary@javardianlaw.com,    tami@javardianlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 8
```