**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

LORI A. RUPINSKY

        Debtor(s)

Ronda J. Winnecour
        Movant
    vs.
No Repondents.

Case No.:16-24121 GLT

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 11/04/2016  and confirmed on 01/20/2017 .  The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 3,868.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 3,868.00 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 713.84 | |
|    Trustee Fee | 169.24 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 883.08 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| DITECH FINANCIAL LLC F/K/A GREEN TREI | 2,984.92 | 2,984.92 | 0.00 | 2,984.92 |
|   Acct: 4243 | | | | |
| DITECH FINANCIAL LLC F/K/A GREEN TREI | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 4243 | | | | |
| PITTSBURGH WATER & SEWER AUTH* | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: A237 | | | | |
| PITTSBURGH WATER & SEWER AUTH* | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: A237 | | | | |
| | | | | 2,984.92 |
| Priority | | | | |
| KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| LORI A. RUPINSKY | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| STEIDL & STEINBERG | 2,500.00 | 713.84 | 0.00 | 0.00 |
|   Acct: | | | | |
| PA DEPARTMENT OF REVENUE* | 527.51 | 0.00 | 0.00 | 0.00 |
|   Acct: 8556 | | | | |

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| CITY AND SCHOOL DISTRICT OF PITTSBUR | 4,243.22 | 0.00 | 0.00 | 0.00 |
| Acct: 4335 | | | | |
| * * * N O N E * * * | | | | |
| **Unsecured** | | | | |
| ACCEPTANCE NOW | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ACCEPTANCE NOW | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ECMC(*) | 8,143.21 | 0.00 | 0.00 | 0.00 |
| Acct: 8746 | | | | |
| IC SYSTEM INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| QUANTUM3 GROUP - AGENT FOR JH PORT | 351.64 | 0.00 | 0.00 | 0.00 |
| Acct: 7200 | | | | |
| CRIST LAW CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| NORTH SHORE AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9890 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | 268.52 | 0.00 | 0.00 | 0.00 |
| Acct: 6299 | | | | |
| FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MIDLAND FUNDING LLC | 686.75 | 0.00 | 0.00 | 0.00 |
| Acct: 9043 | | | | |
| CAPITAL ONE NA** | 579.41 | 0.00 | 0.00 | 0.00 |
| Acct: 5497 | | | | |
| COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | 388.25 | 0.00 | 0.00 | 0.00 |
| Acct: 7219 | | | | |
| SOUTH HILLS RADIOLOGY ASSOC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| QUANTUM3 GROUP - AGENT FOR JH PORT | 483.59 | 0.00 | 0.00 | 0.00 |
| Acct: 7913 | | | | |
| VERIZON | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AMERICAN INFOSOURCE LP AGENT FOR V | 3,816.75 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| MIDLAND FUNDING LLC | 631.41 | 0.00 | 0.00 | 0.00 |
| Acct: 8475 | | | | |
| PA DEPARTMENT OF REVENUE* | 25.20 | 0.00 | 0.00 | 0.00 |
| Acct: 8556 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | 476.30 | 0.00 | 0.00 | 0.00 |
| Acct: 1788 | | | | |
| MARY F KENNEDY ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXPRAE | | | | |
| US DEPARTMENT OF EDUCATION** | 356.85 | 0.00 | 0.00 | 0.00 |
| Acct: 8746 | | | | |
| * * * N O N E * * * | | | | |

TOTAL PAID TO CREDITORS                                                                 2,984.92

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

TOTAL CLAIMED
PRIORITY            4,770.73
SECURED             2,984.92
UNSECURED          16.207.88

Date: 01/23/2018

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com